# The United States of America

## CERTIFICATE OF REGISTRATION

### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.*** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*

"1"

Jon W. Dudas

*Acting Director of the United States Patent and Trademark Office*

**Int. Cls.: 8, 14, 16, 20 and 21**

**Prior U.S. Cls.: 2, 5, 13, 22, 23, 25, 27, 28, 29, 30, 32, 33, 37, 38, 40, 44 and 50**

**Reg. No. 2,862,067**

# United States Patent and Trademark Office

**Registered July 13, 2004**

## TRADEMARK
### PRINCIPAL REGISTER

## EDGAR BEREBI

EDGAR BEREBI, INC. (NEW YORK CORPORATION)
95 HATHAWAY STREET
PROVIDENCE, RI 02907

FOR: FLATWARE OF NON-PRECIOUS METAL, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: DESK ACCESSORIES, NAMELY, DESKTOP BUSINESS CARD HOLDERS, PAPER, AND PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: PICTURES FRAMES, DECORATIVE CURTAIN RODS AND PARTS AND FITTINGS FOR DECORATIVE CURTAIN RODS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

FOR: DECORATIVE COLLECTIBLE BOXES; STEMWARE; SOAP DISHES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

OWNER OF U.S. REG. NO. 1,503,815.

THE NAME "EDGAR BEREBI" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 76-465,658, FILED 11-12-2002.

SCOTT OSLICK, EXAMINING ATTORNEY

PTRESOR - Your source for exquisite and unique gifts

Picture Frames

Picture Frames are meant to embrace photos of people or places that you treasure. We promise that our frames will be worthy of your pictures. Many are designed in the style of Jay Strongwater, Edgar Berebi and RJ Graziano. They are jeweled with the finest Austrian Crystals by Swarovski and are enameled to perfection.




- PURSE ATOMIZER
- CINDERELLA CARRIAGES
- HOLIDAY
- LIMOGES
- MINIATURE BOXES
- PERFUME BOTTLES
- FABERGE EGGS
- MIRROR COMPACTS
- **PICTURE FRAMES**
- SHOES
- ANIMALS

## *PICTURE FRAMES*



Amber Wreath - Photo 2.5 x 3
**Price: $ 38.00**

"2"

**GENUINE BEREBI FRAME #7478**



**DEFENDANTS' INFRINGING "TOPKAPI" FRAME**



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-319-672

EFFECTIVE DATE OF REGISTRATION

MAY 9 2005
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ JUNE 2003 FRAME COLLECTION

NATURE OF THIS WORK ▼ See instructions: SCULPTURAL EXPRESSION

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼ ENGINE, INC.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

Author's Nationality or Domicile Name of Country OR Citizen of / Domiciled in UNITED STATES

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR Citizen of / Domiciled in

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed 2003 Year This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published. Month JUNE Day 1 Year 2003 UNITED STATES OF AMERICA Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ENGINE, INC.
36 FERRY LANE
BARRINGTON, RI 02806

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAY 09 2005
ONE DEPOSIT RECEIVED MAY 09 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

4

| | | |
|---|---|---|
| EXAMINED BY | [signature] | FORM VA |
| CHECKED BY | [initials] | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ **a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼ Account Number ▼ **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ **b**

EDGAR BERERBI
36 FERRY LANE
BARRINGTON, RI 02806

Area code and daytime telephone number 401 247-7900 Fax number (401) 247-2252

Email EBframes@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☒ owner of exclusive right(s)
- ☐ authorized agent of ______ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

EDGAR BERERBI AKA EDGAR BERRREBBI Date 4/28/05

Handwritten signature (X) ▼

X [signature]

**Certificate will be mailed in window envelope to this address:** **9**

| | |
|---|---|
| Name ▼ | EDGAR BERERBI |
| Number/Street/Apt ▼ | 36 FERRY LANE |
| City/State/ZIP ▼ | BARRINGTON, RI 02806 |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR APPLICATION FORMS

Form VA/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-319-672

[redacted]

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA (checked) | VAU

EFFECTIVE DATE OF REGISTRATION

May (Month) 9 (Day) 2005 (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

JUNE 2003 FRAME COLLECTION

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

EDGTAC INC.
316 FERRY LANE, BARRINGTON, RI 02806

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

1472962247

**CONTINUATION OF (Check which):** ☑ Space 1 ☐ Space 4 ☐ Space 6

**C**
**Continuation of other Spaces**

7504
7483
7494
7495
7478
7502
7508
7495
7537
7560
7561
7522
7523
7545
7541

**D**

**Certificate will be mailed in window envelope to this address:**

Name ▼ EDGAR BERREBI
Number/Street/Apt ▼ 36 FERRY LANE
City/State/ZIP ▼ BARRINGTON, RI 02806

September 2003 Web Rev: September 2003 Printed on recycled paper
U.S. Government Printing Office

EDGAR, INC. FRAMES JUNE 2003



7504



7483



7494



7495



7478



7502



7508



7495 (7546)



7537 (7572)



7560



7561

GENUINE BEREBI FRAME #7198



7198-1 (2 1/2" x 3")

DEFENDANTS' INFRINGING "AMBER WREATH" FRAME

## Amber Wreath - Photo 2.5 x 3



**Price: $ 38.00**
Golden Wreath would make a marvelous companion with the Golden Drape frame in that they both have the same motif and look to it. It too features antique gold enameled finish and is garnered with beautiful amber Swarovki crystals.

**Quantity** 1

"5"

# Certificate of Registration

# FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-315-002

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION

May 4 2005
Month Day Year

ATE CONTINUATION SHEET.

**1** Title of This Work ▼ JUNE 2001 FRAMES

NATURE OF THIS WORK ▼ See instructions SCULPTURAL EXPRESSION

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼

a EDGAR, INC.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in UNITED STATES

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed 2001 Year This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published. Month JUNE Day 1 Year 2001 UNITED STATES OF AMERICA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EDGAR, INC.
36 PECKY LANE
BARRINGTON RI 02806

See instructions before completing this space.

APPLICATION RECEIVED MAY 04 2005
ONE DEPOSIT RECEIVED MAY 04 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

"6"

EXAMINED BY 5000 | FORM VA

CHECKED BY MJ

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ **a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼ Account Number ▼ **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ **b**

EDGAR BEREBI
36 FERRY LANE
BARRINGTON, RI 02806

Area code and daytime telephone number (401) 247-7900 Fax number (401) 247-2252

Email Ebframes@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☒ owner of exclusive right(s)
- ☐ authorized agent of ___ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

EDGAR BEREBI AKA EDGAR BERREBBI Date 4/28/05

Handwritten signature (X) ▼

X [signature]

**Certificate will be mailed in window envelope to this address:** **9**

| | |
|---|---|
| Name ▼ | EDGAR BEREBI |
| Number/Street/Apt ▼ | 36 FERRY LANE |
| City/State/ZIP ▼ | BARRINGTON, RI 02806 |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR APPLICATION FORMS

Form VA /CON
UNITED STATES COPYRIGHT OFFICE

VA 1-315-082

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms. Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA (checked) | VAU

EFFECTIVE DATE OF REGISTRATION

MAY 4 2005
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

JUNE 2001 FRAMES

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

EDGAR, INC.
36 FERRY LANE BARRINGTON, RI 02806

**B** Continuation of Space 2

**d** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR {Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☑ Space 1 ☐ Space 4 ☐ Space 6

**C** Continuation of other Spaces

1140
1132
1199
1198
1190
1206
1135
1186
1206
1131
1118
1185
1189
1184
1142
1187
1183
4034
1077
1134

Certificate will be mailed in window envelope to this address:

Name ▼ EDGAR BEREBI

Number/Street/Apt ▼ 36 FERRY LANE

City/State/ZIP ▼ BARRINGTON, RI 02806

**D**

EDGAR, INC. FRAMES

JUNE 200



7199



7198



7190



7206






7186

**GENUINE BEREBI FRAME #7440**



**DEFENDANTS' INFRINGING "GOLDEN DRAPE" FRAME**

**Golden Drape Frame -Photo Size 3.5 x 5 inches**



**Price: $ 58.00**
This is by far our number one selling frame and it is in the style of Edgar **Berebi.** The frame is individually cast in metal by skilled artisans, then plated with an antique finish, enameled by hand and set with Swarovski crystals. The amber crystals set against the golden enameled frame give it a true regal and majestic look. We assure you compliments will be the order the day upon portraying your fondest picture in this photo frame.

"7"

# Certificate of Registration

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-325-092

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION

NOV 17 2005

Month Day Year

... SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼ *#7440 SIMONE*

NATURE OF THIS WORK ▼ See instructions *SCULPTURAL EXPRESSION*

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼

a *EDGAR, INC.*

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of / Domiciled in *UNITED STATES*

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed *2003* This information must be given Year in all cases.

b Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published. Month *JANUARY* Day *1* Year *2003* *UNITED STATES OF AMERICA* Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

*EDGAR, INC.*
*95 HATHAWAY ...*
*PROVIDENCE, RI 02907*

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED NOV 17 2005
ONE DEPOSIT RECEIVED NOV 17 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of *2* pages

"8"

EXAMINED BY *[illegible initials]*

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

*EDGAR BERREBBI*
*EDGAR INC*
*36 FERRY LANE*
*BARRINGTON, RI 02806*

**b**

Area code and daytime telephone number *(401) 247-7900* Fax number *(401) 247-2252*

Email *EBFRAMES@AOL.COM*

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ____________
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*EDGAR BERREBBI* Date *11/15/05*

Handwritten signature (X) ▼

X *[signature]*

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ *EDGAR INC.*
Number/Street/Apt ▼ *36 FERRY LANE*
City/State/ZIP ▼ *BARRINGTON, RI 02806*

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



7440

**DEFENDANTS' "ELEGANT VINE" FRAME**

## Elegant Vine - Photo Round 3.5 inches



**Price: $ 45.00**
This frame in the style of Edgar Berebi is especially beautiful and elegant. This round frame is chuck-full of multi-colored fine Austrian crystal making this frame look like a fine piece of jewelry from Tiffany. The butterfly and dragon resting on the frame gives it character and fascination. The bright green leaves give the frame a beautiful contrast and warmth. Our clients have consistently praised the beauty of this lovely picture frame.

**Quantity** 1

ADD TO CART

9