UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDGAR BEREBI a/k/a "EDGAR BERREBBI",
EDGAR BEREBI, INC., and
EDGAR, INC.,
Plaintiffs,

v. C.A. No. 05-542-T

BONNIE LEMIS, individually and doing business as "PETIT TRESOR",
MARC LEMIS, individually and doing business as "PETIT TRESOR", and
PAR EXCELLENCE SALES CONSULTANTS, INC.,
Defendants.

## AFFIDAVIT OF SERVICE

I, MICHAEL H. FELDHUHN, ESQUIRE (#3344), upon oath, depose and say as follows:

1. I mailed a summons and a copy of the complaint to defendant **Bonnie Lemis**, 621 Shrewsbury Avenue, Shrewsbury, NJ 07702, by certified mail, return receipt requested, pursuant to F.R.Civ.P. 4(h)(1) and 4(e)(1). A copy of the summons is attached hereto.

2. The return receipt indicates that the summons and copy of the complaint was received on **January 5, 2006**. The original return receipt is attached hereto.

Plaintiffs,
By Their Attorney,

[signature]

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Subscribed And Sworn To Before Me On this 9th Day of January, 2006.

[signature]
Notary Public

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

EDGAR BERREBI, et al.
V.
BONNIE LEMIS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 542 T

TO: (Name and address of Defendant)

Bonnie Lemis
621 Shrewsbury Avenue
Shrewsbury, NJ 07702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

December ~~29~~ 30, 2005
DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bonnie Lewis
621 Shrewsbury Av
Shrewsbury NJ
07702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bonnie Lewis ☐ Agent ☐ Address

B. Received by ( *Printed Name*) C. Date of Delive

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: NJ 07701 ... 5 2006 USPS]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandis
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 2890 0002 0118 2028

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL M FELDHUHN
56 PINE STREET
SUITE 200
PROVIDENCE RI 02903

C018