UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDGARD BEREBI a/k/a "EDGAR BERREBBI",
EDGAR BEREBI, INC., and
EDGAR, INC.
Plaintiffs,

v. C.A. No. 2005-542T

BONNIE LEMIS, individually and doing
business as "PETTI TRESOR",
MARC LEMIS, individually and doing
Business as "PETIT TRESOR", AND
PAR EXCELLENCE SALES CONSULTANTS, INC.,
Defendants.

ENTRY OF APPEARANCE

Dennis R. Gannon and the law firm of MacAdams & Wieck Incorporated hereby enter their appearance on behalf of Defendants in the above-referenced matter.

Dennis R. Gannon (#2280)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
Dated: January 24, 2006

CERTIFICATION

I hereby certify that a copy of the within was mailed to Michael H. Feldhuhn, Esq., 56 Pine Street, Suite 200, Providence, RI 02903 on this 24 day of January, 2006.

G:\Lemis\Berebi\Pleadings\Entry of Appearance 011906.doc