UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 25 2006
Property of U.S. District Court
District of Rhode Island

EDGARD BEREBI a/k/a "EDGAR BERREBBI",
EDGAR BEREBI, INC., and
EDGAR, INC.
Plaintiffs,

v. C.A. No. 2005-542T

BONNIE LEMIS, individually and doing
business as "PETTI TRESOR",
MARC LEMIS, individually and doing
Business as "PETIT TRESOR", AND
PAR EXCELLENCE SALES CONSULTANTS, INC.,
Defendants.

STIPULATION

The parties hereby stipulate that Defendants may have up to and including February 22, 2006 in which to respond to the Complaint by Plaintiffs.

Attorney for Plaintiffs

Michael H. Feldhuhn (#3344)
56 Pine Street, Suite 200
Providence, RI 09203
(401) 331-6600

Dated: January 24, 2006

Attorney for Defendants

Dennis R. Gannon (#2280)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700

Dated: January 24, 2006

G:\Lemis\Berebi\Pleadings\Stipulation 011906.doc

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE 2/2/06