UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDGAR BEREBI a/k/a "EDGAR BERREBBI",<br>EDGAR BEREBI, INC., and<br>EDGAR, INC.,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-542-T |
| BONNIE LEMIS, Individually and doing business as "PETIT TRESOR",<br>MARC LEMIS, Individually and doing business as "PETIT TRESOR", and<br>PAR EXCELLENCE SALES CONSULTANTS, INC.,<br>Defendants. | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the defendants in the above matter.

John P. Barylick, Esq. (#1907)
Wistow and Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)

Dated: February 3, 2006

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within, postage-prepaid, on the 3rd day of February, 2006, to the following:

Dennis R. Gannon, Esq.
MACADAMS & WIECK
101 Dyer Street, Suite 400
Providence, RI 02903

Michael H. Feldhuhn, Esq.
56 Pine Street, Suite 200
Providence, RI 02903

Daria L Souza

F:\Lemis, Marc #6569\Pleadings\Entry of Appearance.doc