UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDGARD BEREBI a/k/a "EDGAR BERREBBI",
EDGAR BEREBI, INC., and
EDGAR, INC.
Plaintiffs,

v. C.A. No. 2005-542T

BONNIE LEMIS, individually and doing
business as "PETTI TRESOR",
MARC LEMIS, individually and doing
Business as "PETIT TRESOR", AND
PAR EXCELLENCE SALES CONSULTANTS, INC.,
Defendants.

**WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE**

Now comes Dennis R. Gannon of the law firm of MacAdams & Wieck Incorporated and hereby withdraws his appearance in the above-referenced matter on behalf of Defendants in that John P. Barylick, Esq., has entered his appearance on behalf of Defendants.

Dennis R. Gannon (#2280)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
Dated: February 6, 2006

CERTIFICATION

I hereby certify that a copy of the within was mailed to Michael H. Feldhuhn, Esq., 56 Pine Street, Suite 200, Providence, RI 02903 and John P. Barylick, Esq. 61 Weybossett Street, Providence, RI 02903, on this 6th day of February, 2006.

w:\lemis\berebi\pleadings\entry of appearance 011906.doc