UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

District of Rhode Island
Property of U.S. District Court
FEB 14 2006
RECEIVED

EDGAR BEREBI a/k/a "EDGAR BERREBBI",
EDGAR BEREBI, INC., and
EDGAR, INC.,
Plaintiffs,

v. C.A. No. 05-542-T

BONNIE LEMIS, individually and doing business as "PETIT TRESOR",
MARC LEMIS, individually and doing business as "PETIT TRESOR", and
PAR EXCELLENCE SALES CONSULTANTS, INC.,
Defendants.

**STIPULATION PASSING PLAINTIFFS' MOTION FOR LEAVE TO COMMENCE LIMITED DISCOVERY**

The parties hereby stipulate and agree that plaintiffs' motion for leave to commence limited discovery may pass because the information sought by the plaintiffs has now been provided by the defendants.

Plaintiffs,
By Their Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATE: 2/14/06

Defendants,
By Their Attorneys,

John P. Barylick (#1907)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel. (401) 831-2700
FAX (401) 272-9752

DATE: 2/14/06

ENTER: Ernest C. Torres
Ernest C. Torres
Chief U.S. District Judge
DATE: 2/21/06