UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

District of Rhode Island
Property of U.S. District Court
FEB 14 2006
RECEIVED

EDGAR BEREBI a/k/a "EDGAR BERREBBI",
EDGAR BEREBI, INC., and
EDGAR, INC.,
Plaintiffs,

v. C.A. NO. 05-542-T

BONNIE LEMIS, individually and doing business as "PETIT TRESOR",
MARC LEMIS, individually and doing business as "PETIT TRESOR", and
PAR EXCELLENCE SALES CONSULTANTS, INC.,
**Defendants.**

**STIPULATION**

The undersigned counsel have been actively engaged in an effort to reach an early resolution of this matter. To facilitate that ongoing effort, the parties have agreed that defendants may have a further enlargement of time, to and including March 22, 2006, to answer, move, or otherwise respond to the complaint.

Plaintiffs,
By Their Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATE: 2/14/06

Defendants,
By Their Attorneys,

John P. Barylick (#1907)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
Tel. (401) 831-2700
FAX (401) 272-9752

DATE: 2/14/06

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 2/21/06