RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDGAR BEREBI a/k/a "EDGAR BERREBBI",
EDGAR BEREBI, INC., and
EDGAR, INC.,
Plaintiffs,

v. C.A. No. 05-542-T

BONNIE LEMIS, individually and doing business as "PETIT TRESOR",
MARC LEMIS, individually and doing business as "PETIT TRESOR", and
PAR EXCELLENCE SALES CONSULTANTS, INC.,
Defendants.

## FINAL JUDGMENT BY CONSENT

By consent of the undersigned parties, final judgment may enter in this matter as follows:

1. The defendants, their directors, officers, agents, servants, employees, and all persons acting in concert with them, are permanently enjoined from selling or advertising for sale the accused frames depicted and described in the complaint.

2. The defendants, their directors, officers, agents, servants, employees, and all persons acting in concert with them, are permanently enjoined from using the name or trademark "EDGAR BEREBI".

3. Defendants consent to the jurisdiction of this court.

4. The parties agree that upon entry of this consent judgment, this case may be closed, but the court shall retain jurisdiction for purposes of enforcing this judgment.

5. Each party to this action shall bear his, its, or their own costs and attorneys' fees.

6. Any rights of appeal are waived.

Plaintiffs,
By Their Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATE: 3/17/06

Defendants,
By Their Attorneys,

John P. Barylick (#1907)
WISTOW & BARYLICK INCORPORATED
61 Weybosset Street
Providence, RI 02903
Tel. (401) 831-2700
FAX (401) 272-9752

DATE: March 13, 2006

ENTER:

The Honorable Ernest C. Torres
U.S. Chief District Judge

Date: 3/24/06